UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                v.

RAEKWON GORDON,

                Defendant.

**DECISION AND ORDER**
24-CR-117-A

---

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. Dkt. No. 11. On April 10, 2025, Defendant Raekwon Gordon, upon executing a waiver to proceed before a District Judge and consent to proceed before a Magistrate Judge (Dkt. No. 24), appeared before Magistrate Judge Roemer and pleaded guilty, pursuant to a written plea agreement (Dkt. No. 25), to two counts of a four-count Indictment (Dkt. No. 8), which charged him with one count of possession of fentanyl with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Count 1); and one count of felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Count 3).

Magistrate Judge Roemer issued a Report and Recommendation (R&R) (Dkt. No. 27) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the R&R have been filed. It is hereby

**ORDERED** that, upon review of the Indictment, the plea agreement, and the plea transcript (Dkt. No. 28) of the April 10, 2025, change-of-plea proceeding before the Magistrate Judge; and the Report and Recommendation (Dkt. No.27), the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed.  Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charges to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in Rule 11.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written R&R.

**Sentencing is scheduled for September 16, 2025, at 12:30 pm.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

               _s/Richard J. Arcara_
               HONORABLE RICHARD J. ARCARA
               UNITED STATES DISTRICT COURT

Dated:  May 6, 2025
    Buffalo, New York